IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and ALBERT W. BETLER, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, THE CONSTRUCTION INDUSTRY ADVANCEMENT PROGRAM OF WESTERN PA FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID A. KISOW and BEATRICE K. KISOW,<br>　　　　Defendants. | Civil Action No. 00-1938<br><br>Judge Donetta W. Ambrose |

**PRAECIPE TO SETTLE AND DISCONTINUE**

TO:   Clerk of Courts

Please settle and discontinue the above-captioned case.

TUCKER ARENSBERG, P.C.

 /s/  Jeffrey J. Leech
Jeffrey J. Leech, Esquire
PA ID# 19814
Neil J. Gregorio, Esquire
PA ID# 90859
1500 One PPG Place
Pittsburgh, PA 15222
(412) 566-1212

LIT:369099-1 000004-010359