**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Praecipe to Settle and Discontinue was served by first class, U.S. mail, postage prepaid, this 25th day of August, 2005, upon the following:

Jon A. Cwalina, Esquire
Jones & Cwalina
401 Wood Street
Third Floor, Arrott Building
Pittsburgh, PA  15222-1824

        /s/  Jeffrey J. Leech
      Jeffrey J. Leech