IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LABORERS' COMBINED FUNDS OF            )
WESTERN PENNSYLVANIA, as agent for     )
PAUL QUARANTILLO, and ALBERT W.        )        Civil Action No. 00-1938
BETLER, trustees ad litem,             )
LABORERS' DISTRICT COUNCIL OF          )        Judge Donetta W. Ambrose
WESTERN PENNSYLVANIA WELFARE AND       )
PENSION FUNDS, THE CONSTRUCTION        )
INDUSTRY ADVANCEMENT PROGRAM OF        )
WESTERN PA FUND and the LABORERS'      )
DISTRICT COUNCIL OF WESTERN            )
PENNSYLVANIA and its affiliated        )
local unions,                          )
                     Plaintiff,        )
                                       )
             v.                        )
                                       )
DAVID A. KISOW and BEATRICE K. KISOW,  )
                                       )
                     Defendants.       )

## PRAECIPE TO SETTLE AND DISCONTINUE

TO:    Clerk of Courts

          Please settle and discontinue the above-captioned case.


                              TUCKER ARENSBERG, P.C.


                               /s/  Jeffrey J. Leech
                              Jeffrey J. Leech, Esquire
                              PA ID# 19814
                              Neil J. Gregorio, Esquire
                              PA ID# 90859
                              1500 One PPG Place
                              Pittsburgh, PA 15222
                              (412) 566-1212