**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Praecipe to Settle and Discontinue was served by first class, U.S. mail, postage prepaid, this 25th day of August, 2005, upon the following:

> Jon A. Cwalina, Esquire
> Jones & Cwalina
> 401 Wood Street
> Third Floor, Arrott Building
> Pittsburgh, PA  15222-1824

> /s/  Jeffrey J. Leech
> Jeffrey J. Leech

LIT:369100-1 000004-010359